UNITED STATES OF AMERICA, *et al.*, )
*ex rel.* JOSEPH PIACENTILE, )
)
           Plaintiffs, )   Civil Action No. 05-10196-MLW
    v. )
) **FILED UNDER SEAL**
BRISTOL-MYERS SQUIBB CO., )
*et al.*, )
)
           Defendants. )

## STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST BRISTOL-MYERS SQUIBB COMPANY

Civil Action No. 05-10196-MLW is an action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729, *et seq.*, filed by relator Joseph Piacentile against Bristol-Myers Squibb Company ("BMS"), *et al.*

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement among the United States, BMS, and relator Piacentile, the parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims asserted on behalf of the United States against BMS in Civil Action No. 05-10196-MLW concerning the Covered Conduct as defined in Preamble Paragraphs N(3) and N(4) of the Settlement Agreement, and (2) dismissing with prejudice to relator Piacentile and without prejudice to the United States all remaining claims asserted on behalf of the United States against BMS in Civil Action No. 05-10196-MLW.

Relator and BMS further stipulate that: (1) as to the dismissed allegations, the Court shall retain jurisdiction over the case to decide issues concerning relator's expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d); and (2) the dismissal shall be without prejudice to (a)

relator's claims against BMS to entitlement under 31 U.S.C. § 3730(d) to expenses, attorneys' fees, and costs arising out of their claims against BMS, and (b) BMS's right to challenge or seek dismissal of relator's claim to recover expenses, attorneys' fees, and costs on any grounds.

Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The United States requests that the Court unseal the United States' Notice of Intervention In Part and Declination In Part Against Bristol-Myers Squibb Company, the Stipulation of Dismissal as to Claims Against Bristol-Myers Squibb Company, and the Order of Dismissal as to Bristol-Myers Squibb Company. The United States requests that all other filings in this case remain under seal.

The parties respectfully request that the Court enter an order in the form of the attached, proposed order.

          Respectfully submitted,

          PETER D. KEISLER
          ASSISTANT ATTORNEY GENERAL

          MICHAEL J. SULLIVAN
          UNITED STATES ATTORNEY

|  |  |
|---|---|
|  | By: *[signature]* |
|  | GREGG SHAPIRO |
|  | Assistant U.S. Attorney |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, MA 02210 |
| Dated: September 28, 2007 | (617) 748-3366 |
|  | |
|  | JOYCE R. BRANDA |
|  | ANDY J. MAO |
|  | Attorneys |
|  | U.S. Department of Justice, Civil Division |
|  | Post Office Box 261, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | |
| COUNSEL FOR RELATOR: | *[signature]* David S. Stone / by permission gJs |
|  | David S. Stone |
|  | Boies, Schiller & Flexner, LLP |
|  | 150 John F. Kennedy Parkway |
|  | 4th Floor |
| Dated: September 27, 2007 | Short Hills, New Jersey 07078 |
|  | |
| COUNSEL FOR BRISTOL-MYERS SQUIBB COMPANY: |  |
|  | *[signature]* |
|  | STEPHEN J. IMMELT |
|  | MITCHELL J. LAZRIS |
|  | Hogan & Hartson, LLP |
|  | Columbia Square |
|  | 555 Thirteenth Street, NW |
| Dated: September 27, 2007 | Washington, D.C. 20004-1109 |
|  | |
|  | *[signature]* |
|  | THOMAS E. DWYER, JR. |
|  | KATHY B. WEINMAN |
|  | Dwyer & Collora, LLP |
|  | 600 Atlantic Avenue |
| Dated: September 27, 2007 | Boston, MA 02210-2211 |

3