UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, and the States of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TEXAS, TENNESSEE and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* JOSEPH PIACENTILE, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB COMPANY and OTSUKA PHARMACEUTICAL COMPANY, LTD. <br><br> Defendants. | Civil Action No. 05-10196-MLW <br><br> **FILED UNDER SEAL** |

**MEMORANDUM IN SUPPORT OF STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST BRISTOL-MYERS SQUIBB COMPANY**

In accordance with the Court's Order on August 2, 2008, and in compliance with Local Rule 7.1(b), the parties hereby submit the instant memorandum in support of the Stipulation of Dismissal as to Claims Against Bristol-Myers Squibb Company and the proposed Order of Dismissal filed on July 8, 2008. The Court's August 2, 2008 Order required the submission of this memorandum to clarify what claims would remain if the July 8, 2008 proposed Order of Dismissal were entered. As explained below, state claims that Relator Joseph Piacentile ("Relator") filed against Defendant Otsuka Pharmaceutical Company, LTD. ("Otsuka") on behalf of the states of California, Delaware, Florida, Hawaii, Illinois, Louisiana, Massachusetts, Nevada, New Hampshire, New Mexico, Texas, Tennessee, Virginia, and the District of Columbia, would remain.

Civil Action No. 05-10196-MLW is an action under the California, Delaware, Florida, Hawaii, Illinois, Louisiana, Massachusetts, Nevada, New Hampshire, New Mexico, Texas, Tennessee, Virginia, and the District of Columbia (the "States") *qui tam* statutes and the federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, filed by Relator against Bristol-Myers Squibb Company ("BMS") and Otsuka. The parties filed the July 8, 2008 pleadings because all claims against BMS have been resolved. By Order dated October 3, 2007, the Court, *inter alia*, dismissed all claims asserted by Relator on behalf of the United States against BMS in the above-captioned action. Subsequently, BMS entered into settlement agreements with the States pursuant to which the States agreed to the "dismissal with prejudice in their entirety" of "all *qui tam* 'whistleblower' lawsuits brought by . . . Joseph Piacentile . . . against BMS and/or BMS's present and former predecessors, successors, parents, subsidiaries (including but not limited to Apothecon and Oncology Therapeutics Network Corp.), affiliates, divisions, officers, directors, agents, and employees[.]" Relator and BMS have also resolved all claims pursuant to 31 U.S.C. § 3730(d) or any state statue, law, or regulation to expenses, attorneys' fees, and costs that have been incurred or that may be incurred in the future arising out of Relator's claims against BMS.

All claims on behalf of the United States against Otsuka, including claims for attorneys' fees pursuant to 31 U.S.C. § 3730(d), also have been resolved. However, the Relator's claims asserted on behalf of the States against Otsuka remain.

The parties respectfully request that the Court enter the proposed Order of Dismissal filed on July 8,2 008 effectively dismissing BMS from the action because there are no outstanding claims against BMS. The dismissal of BMS from the action is without any prejudice to the claims asserted by Relator on behalf of the States against Otsuka.

The parties request that this filing remain under seal.

Respectfully submitted,

COUNSEL FOR RELATOR
JOSEPH PIACENTILE:

_David Stone/ELA_
David S. Stone
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway
4th Floor
Short Hills, New Jersey 07078

Dated: 8/28/08

COUNSEL FOR BRISTOL-MYERS
SQUIBB COMPANY:

STEPHEN J. IMMELT
MITCHELL J. LAZRIS
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109

Dated: 8/28/08

_Thomas E. Dwyer (EMS)_
THOMAS E. DWYER, JR.
KATHY B. WEINMAN
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211

Dated: 9/2/08

3

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, and the States of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TEXAS, TENNESSEE and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* JOSEPH PIACENTILE,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY and OTSUKA PHARMACEUTICAL COMPANY, LTD.<br><br>Defendants. | Civil Action No. 05-10196-MLW<br><br>**FILED UNDER SEAL** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2008, I caused a true and correct copy of the foregoing Memorandum in Support of Stipulation of Dismissal as to Claims Against Bristol-Myers Squibb Company to be sent by United States mail to the following:

Tom Yanger
State of California
Director, MFCU
Medicaid Fraud Control Unit of California
Office of the Attorney General
1425 River Park Drive, Ste. 300
Sacramento, CA 95815

Daniel R. Miller
State of Delaware
Director, MFCU
Medicaid Fraud Control Unit of Delaware
Office of the Attorney General
820 N. French Street
Wilmington, DE 198901

4

Rick Lober
State of Florida
Director, MFCU
Medicaid Fraud Control Unit of Florida
Office of the Attorney General
107 West Gaines St.
The Capitol, PL-01
Tallahassee, FL 32399-1050

Michael L. Parrish
State of Hawaii
Director, MFCU
Medicaid Fraud Control Unit of Hawaii
Office of the Attorney General
333 Queen St., 10th Floor
Honolulu, Hl 96813

Gordon Fidler
State of Illinois
Director, MFCU
Medicaid Fraud Control Bureau
Office of the Attorney General
801 South 7th Street, Suite 200-M
P.O. Box 19461
Springfield, IL 62794

Fred A. Duhy Jr.
State of Louisiana
Director, MFCU
Medicaid Fraud Control Unit of Louisiana
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804-9005

Christopher Walsh
Commonwealth of Massachusetts
Director, MFCU
Medicaid Fraud Control Unit of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Tim Terry
State of Nevada
Director, MFCU
Medicaid Fraud Control Unit of Nevada

Office of the Attorney General
198 North Carson St.
Carson City, NV 98701-4717

Jeffrey S. Cahill
State of New Hampshire
Director, MFCU
Medicaid Fraud Control Unit of New Hampshire
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397

Elizabeth Staley
State of New Mexico
Director, MFCU
Medicaid Fraud Control Unit of New Mexico
Office of the Attorney General
111 Lomas Blvd. N.W., 3rd Floor
Albuquerque, NM 87102

Robert Schlafly
State of Tennessee
Director, MFCU
Medicaid Fraud Control Unit of Tennessee
Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216-2639

W. Rick Copeland
State of Texas
Director, MFCU
Medicaid Fraud Control Unit of Texas
Office of the Attorney General
6330 Hwy 290 East, Suite 250
Austin, TX 78723

Randall L. Clouse
Commonwealth of Virginia
Director, MFCU
Medicaid Fraud Control Unit of Virginia
Office of the Attorney General
900 E Main Street, 5th Floor
Richmond, VA 23219

Susan Kennedy
District of Columbia
Director, MFCU
Medicaid Fraud Control Unit of D.C.
Office of D.C. Inspector General
717 14th St., N.W., 5th Floor
Washington, DC 20005

 

_____
STEPHEN J. IMMELT
MITCHELL J. LAZRIS
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109