UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, *et al, ex rel.* ) <br> Joseph Piacentile, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Bristol-Myers Squibb Co., *et al.*, ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 05-10196-MLW <br> **Filed Under Seal** |

DEFENDANT'S MOTION TO AMEND COURT'S ORDER

Pursuant to Fed. R. Civil P. 60(a), defendant Bristol-Myers Squibb Company ("BMS") moves to correct a mistake arising from counsel oversight found in the Court's order of dismissal dated October 3, 2007. In support of this motion, BMS states the following:

1. On September 28, 2007, the United States, relator Joseph Piacentile, and BMS filed a stipulation of dismissal as to claims against BMS and the United States filed a Notice of Intervention in Part and Declination in Part as to Claims against BMS.

2. On October 3, 2007, Hon. Mark L. Wolf, Chief Judge of the United States District Court, signed the Order of Dismissal; a copy of that order is attached as Exhibit 1.

3. The Piacentile qui tam complaint alleged, among other claims, that BMS promoted its Abilify drug in an off-label manner.

4. When the United States, BMS and relator Joseph Piacentile settled the case, the parties thought there would be transparency so that the public would know what the relator alleged and the complaint would be unsealed.

5. The United States, BMS, and relator Joseph Piacentile meant to unseal the complaint and certain other pleadings in the case but the parties made an error and did not include that language in the order signed by Chief Judge Wolf.

6. BMS requests that paragraph 5 of Chief Judge Wolf's October 3, 2007 Order of Dismissal be amended to state as follows: "The Complaint, the United States' Notice of Intervention In Part and Declination In Part against Bristol-Myers Squibb Company, the Stipulation of Dismissal as to Claims against Bristol-Myers Squibb Company, the Order of Dismissal, and all other filings in this case after the date of the Court's Order of Dismissal shall be unsealed. All other filings in this case shall remain under seal."

7. Counsel for defendant BMS has spoken with counsel for the United States and counsel for relator Joseph Piacentile and they have no objection to this motion.

WHEREFORE, BMS moves to correct a mistake arising from counsel's oversight found in paragraph 5 of the Court's October 3, 2007 order of dismissal by amending paragraph 5 of the order to state as follows: The Complaint, the United States' Notice of Intervention in Part and Declination in Part against Bristol-Myers Squibb Company, the Stipulation of Dismissal as to Claims against Bristol-Myers Squibb Company, the Order of Dismissal and all other filings in

ACTIVEUS 93529351v1

this case after October 3, 2007 shall be unsealed. All other filings in this case shall remain under seal.

By its attorneys,

*Robert D. Keefe*
Robert D. Keefe
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Email: robert.keefe@wilmerhale.com

*Mitchell J. Lazris* /RDK
Mitchell J. Lazris
Hogan Lovells LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Tel: 202-637-5600
Email: mitch.lazris@hoganlovells.com

Date: March 23, 2012

RECEIVED
U.S. ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

07 OCT 17 PM 1:17

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* JOSEPH PIACENTILE, <br><br> Plaintiffs, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB CO., *et al.*, <br><br> Defendants. | Civil Action No. 05-10196-MLW <br><br> **FILED UNDER SEAL** |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Bristol-Myers Squibb Company ("BMS"), and relator Joseph Piacentile filed a Stipulation of Dismissal as to Claims Against BMS and the United States filed a Notice of Intervention in Part and Declination in Part as to Claims Against BMS. Upon due consideration of the Stipulation, the Notice, and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. Consistent with the terms of the Settlement Agreement executed by the United States, BMS, and the relator, all claims asserted on behalf of the United States against BMS in Civil Action No. 05-10196-MLW concerning the Covered Conduct as defined in Preamble Paragraphs N(3) and N(4) of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted on behalf of the United States against BMS in Civil Action No. 05-10196-MLW shall be dismissed with prejudice to the relator and without prejudice to the United States.



2. No claim or allegation (including any claim or allegation against a defendant other than BMS) other than those as specifically identified in the stipulation and herein shall be dismissed at this time.

3. As to the dismissed claims and allegations, the Court shall retain jurisdiction to decide issues concerning relator's expenses, attorneys' fees, and costs under 31 U.S.C. §3730(d).

4. Dismissal shall be without prejudice to (a) relator's claims against BMS for entitlement under 31 U.S.C. § 3730(d) to expenses, attorneys' fees, and costs arising out of his claims against BMS in Civil Action Civil Action No. 05-10196-MLW, and (b) BMS's right to challenge or seek dismissal of relator's claim to recover expenses, attorneys' fees, and costs on any grounds. *Any such claim shall be filed by November 16, 2007 and any response shall be filed by December 21, 2007.*

5. The United States' Notice of Intervention In Part and Declination In Part Against Bristol-Myers Squibb Company, the Stipulation of Dismissal as to Claims Against Bristol-Myers Squibb Company, and this Order of Dismissal. All other filings in this case shall remain under seal except as previously ordered by the Court.

Done this ___ day of October, 2007

_____
MARK L. WOLF
CHIEF UNITED STATES DISTRICT JUDGE

2

cc:
Gregg Shapiro
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Fax: (617) 748-3971

Andy J. Mao
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Fax: (202) 514-0280
Andy.Mao@usdoj.gov

David S. Stone
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway
4th Floor
Short Hills, New Jersey 07078

Stephen J. Immelt
Mitchell J. Lazris
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
Fax: (202) 637-5910
MJLazris@hhlaw.com

Thomas E. Dwyer, Jr.
Kathy B. Weinman
Dwyer & Collora LLP
600 Atlantic Avenue
Boston, MA 02210-2211
Fax: (617) 371-1037
Kweinman@dwyercollora.com

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, I served a copy of the Defendant's Motion to Amend Court's Order by emailing and mailing a copy of the Defendant's Motion to Amend Court's Order to the following:

> Andy J. Mao, Esq.
> U.S. Department of Justice
> Ben Franklin Station
> Washington, DC 20044
> Tel: (202) 616-0539
> Email: Andy.Mao@usdoj.gov
> Counsel for United States
>
> Gregg Shapiro, Esq.
> Assistant U.S. Attorney
> John Joseph Moakley U.S. Court House
> One Court House Way, Suite 9200
> Boston, MA 02210
> Tel: (617) 748-3100
> Email: Gregg.Shapiro@usdoj.gov
> Counsel for the United States
>
> David S. Stone, Esq.
> Stone & Magmanini LLP
> 150 JFK Parkway
> Shorthills, NJ 07078
> Tel: (973) 218-1111
> Email: dstone@stonemagmalaw.com
> Counsel for Relator Joseph Piacentile

_____
Robert D. Keefe

Date: March 23, 2012